# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTIS C. CARROL, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LAURA WILLIAMS, JACK STOLLSTEIMER, MICHELLE HENRY, and CHRISTOPHER WELSH | : : : | NO. 23-2574 |

## ORDER

**NOW**, this 29th day of August, 2023, upon consideration of the Petition for Writ of *Habeas Corpus* Under 28 U.S.C. § 2241 (Doc. No. 2), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Doc. No. 13), the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and,

4. No certificate of appealability will issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

TIMOTHY J. SAVAGE, J.